UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   ALAN R. MCGAHA SR

CASE NO. 08 B 03065

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-3794

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/12/08.

2. The case was dismissed without confirmation, 05/09/2008.

3. The Debtor paid a total of $ 3180.00.

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FIRST FRANKLIN LOAN SRVS | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FRANKLIN LOAN SRVS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED | NOT FILED | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, DENNIS G KNIPP, was allowed $ 3500.00 and was paid $ 1500.00 direct and $ 2000.00 through the plan.

The Trustee received $ 123.14.

Refunds to the Debtor totaled $ 1056.86.

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 08/20/08

/S/  
GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 03065 ALAN R. MCGAHA SR